# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JESSICA CLEMENCIO MORAIS<br>AND<br>NYHA ESMERALDO CLEMENTE<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) )  Case No. 1:24-MJ-99<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 12, 2024  in the city/county of  Loudoun  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Distribute five kilograms or more of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

SAUSA Lauren Hahn
*Printed name and title*

*Complainant's signature*

Serena Liss, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ *(specify reliable electronic means)*.

Date: March 13, 2023

*Judge's signature*

City and state:  Alexandria, VA

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*